■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK LEVEILLE, II, Appellant. (Appeal No. 2.) [899 NYS2d 722]— Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered January 9, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Fahey, Peradotto and Pine, JJ.